July 03, 2009

Mr. John Christopher Nickelson
Shannon, Gracey, Ratliff & Miller, L.L.P.
777 Main Street, Suite 3800
Fort Worth, TX 76102

Mr. Russell J. Bowman
Scott Bowman & Stella
3131 McKinney Ave., Suite 220
Dallas, TX 75204
Mr. Michael W. Huddleston
Shannon Gracey Ratliff & Miller, L.L.P.
500 N. Akard Street, Suite 2500
Dallas, TX 75201

RE: Case Number: 06-1071
 Court of Appeals Number: 05-05-00640-CV
 Trial Court Number: 296-00088-05

Style: STATE FARM LLOYDS
 v.
 BECKY ANN JOHNSON

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. The judgment is enclosed. You may obtain a copy
of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like an opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure: Judgment
|cc:|Ms. Hannah Kunkle |
| |Ms. Lisa Matz |
| |Ms. Linda Jene |
| |Burgess |
| |Mr. Peter R. Meeker|